AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| NATASHA LESHAUN GRIFFIN,<br>*Plaintiff*<br>v.<br>COMMISSIONER OF<br>SOCIAL SECURITY ADMINISTRATION,<br>*Defendant* | Civil Action No.    1:25-CV-04217-SVH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the decision of the Commissioner is affirmed.

This action was *(check one)*:

■ decided by the Honorable Shiva V. Hodges, United States Magistrate Judge presiding, who affirmed the decision of the Commissioner.

Date:   August 27, 2025                               *ROBIN L. BLUME, CLERK OF COURT*

                                                                                          s/C. Priester
                                                                          _____
                                                                          *Signature of Clerk or Deputy Clerk*